| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Brith Sholom Winit, LP |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in <u>11 U.S.C. § 101(31)</u>. Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PECO Energy Co.<br>2301 Market Street<br>S23-1<br>Philadelphia, PA 19103 | | | | | | $332,043.00 |
| Whelan Security Mid-Atlantic LLC<br>7610 Falls of Neuse Road<br>Suite 290<br>Raleigh, NC 27615 | | | | | | $99,485.00 |
| Church Mutual Insurance Co.<br>3000 Schuster Lane<br>PO Box 357<br>Merrill, WI 54452 | | | | | | $86,104.00 |
| Culbertson Restoration Ltd<br>3110 Concord Road<br>Aston, PA 19014 | | | Contingent<br>Unliquidated<br>Disputed | | | $27,850.00 |
| Elevator Construction & Repair Company<br>2040 Bennett Road<br>Philadelphia, PA 19116 | | | | | | $9,630.00 |
| Pincus Elevator Company Inc.<br>510 E. Barnard Street<br>Suite 100<br>West Chester, PA 19382 | | | Contingent<br>Unliquidated<br>Disputed | | | $3,365.00 |
| Expel Exterminating Experts, Inc.<br>1130 Rte 130 N<br>Burlington, NJ 08016 | | | Contingent<br>Unliquidated<br>Disputed | | | $1,797.00 |

Debtor **Brith Sholom Winit, LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Brith Sholom House PA, LP**<br>**3939 Conshohocken Avenue**<br>**Philadelphia, PA 19131** | | **3939 Conshohocken Avenue, Philadelphia PA** | | **$5,000,000.00** | **Unknown** | **Unknown** |
| **City of Philadelphia**<br>**1401 John F. Kennedy Blvd**<br>**5th Floor**<br>**Philadelphia, PA 19102** | | **3939 Conshohocken Avenue, Philadelphia PA** | | **$416,491.00** | **Unknown** | **Unknown** |
| **New World Commercial Credit**<br>**644 Fernandez Juncos Avenue**<br>**Suite 301**<br>**San Juan, PR 00901-1969** | | **3939 Conshohocken Avenue, Philadelphia PA** | | **$28,364,978.00** | **Unknown** | **Unknown** |