# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Brith Sholom Winit, LP**

Debtor(s)

Case No. **23-12309**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brith Sholom Foundation, Inc.**<br>**6931 Rings Road**<br>**#234**<br>**Amlin, OH 43002** | | | **General Partner** |
| **BSH USA LLC**<br>**6931 Rings Road**<br>**#234**<br>**Amlin, OH 43002** | | | **Limited Partner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 29, 2023**

Signature **/s/ Ephraim Diamond**
**Ephraim Diamond**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders