EXHIBIT "B"



September 11, 2023

RE: Loan No. 11060 / 998413
Brith Sholom House
3939 Conshohocken Ave.
Philadelphia, PA 19131

| | |
|---|---:|
| Principal Balance | $28,000,000.00 |
| Accrued and Deferred Interest ( through 08-01-2023 ) | $137,123.28 |
| Default Rate at 13% ( 11/02/2020 – 08/01/2023) | $11,089,865.48 |
| Late Payments | $134,166.59 |
| Tax Advance | $0.00 |
| Insurance Advance | $0.00 |
| Legal Fees & Costs - Estimate | $33,394.34 |
| Appraisal (s) | $3,000.00 |
| Broker's Price Opinions | $2,000.00 |
| Phase I/II Environmental | $0.00 |
| Property Condition Assessments | $5,300.00 |
| Processing Fee and Extension Fee | $265,249.99 |
| Funds in Suspense | 0.00 |
| **Total Payoff Amount Due** | **$ 39,670,099.68** |

If at any time New World Bank International Corporation ('New World Bank') discovers that a payoff statement, demand, or quote is incorrect or contains any error which was caused by a clerical mistake, calculation error, documentation interpretation error, computer error, printing error or any other similar error such that the payoff statement, demand or quote demands an amount that is insufficient to fully payoff the outstanding indebtedness of the subject loan, then Borrower shall, upon demand by New World Bank immediately pay all such amounts demanded to fully payoff the outstanding indebtedness of the subject loan.



New World Bank
450 Ave. de la Constitucion Ste. 200
San Juan, PR 00901
(787)400-6789